IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JULIUS HIPPLER, § | |
| § | |
| *Plaintiff,* § | |
| § | CIVIL ACTION NO. 1:23-CV-00470 |
| VS. § | JUDGE MICHAEL J. TRUNCALE |
| § | |
| NEWTON COUNTY, TEXAS, § | |
| § | |
| *Defendant.* § | |

## ACKNOWLEDGEMENT OF JOINT STIPULATION
## OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

The Court has received the Parties' Joint Stipulation of Dismissal of all Claims with Prejudice filed in the above-styled matter. [Dkt. 20]. The Parties advise the Court that they have achieved a compromise and settlement of all claims contained in this litigation and now file this Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(s) dismissing all claims herein.

Accordingly, the Court acknowledges that all claims filed in this matter are hereby **DISMISSED WITH PREJUDICE**, effective the date of the filing of the stipulation.

It is **ORDERED** that the Parties shall bear their own attorney's fees and costs, that all Court dates and deadlines are hereby **VACATED**, and that all pending motions filed in this matter are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 23rd day of October, 2025.**

_____
Michael J. Truncale
United States District Judge